Teresa H. Foster, PLLC
6245 North 24th Parkway, Suite 100
Phoenix, Arizona 85016
Telephone (602) 515-0181
Facsimile (602) 522-3945
Teresa H. Foster (010877)
For Court Filings/Pleadings: ctfilings@thfosterlaw.com
Attorneys for William Edward Delong, Jr.,
d.b.a. Advantage Auto Motorsports

**UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA**

| | |
|---|---|
| Brandon Charles McEwen,<br><br>Plaintiff,<br><br>v.<br><br>William Edward Delong, Jr., d.b.a. Advantage Auto Motorsports; Henry Brown Buick GMC, LLC; Jose H. Galvez, d.b.a. Perico's General Construction, LLC,<br><br>Defendants. | Case No. CV-19-5192-PHX-SMB<br><br>**NOTICE OF SERVICE OF DEFENDANT WILLIAM DELONG'S INITIAL RESPONSES TO MANDATORY DISCOVERY REQUESTS** |

Notice is hereby given that on February 21, 2020, Defendant William Edward Delong, Jr., d.b.a. Advantage Auto Motorsports served a copy of his initial responses to mandatory discovery requests via email to the parties listed in the Certificate of Service below.

DATED:  February 21, 2020.

TERESA H. FOSTER, PLLC

  /s/ Teresa H. Foster
Teresa H. Foster
Attorneys for William Edward Delong, Jr.,
d.b.a. Advantage Auto Motorsports

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2020, I electronically transmitted the attached document to the Clerk of the Court using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing was automatically sent to the following, who are registered participants of the CM/ECF System:

Floyd W. Bybee
BYBEE LAW CENTER, P.LC.
90 S. Kyrene Rd., Ste. 5
Chandler, AZ 85226-4687
floyd@bybeelaw.com
Attorney for Plaintiff

Meghan C. Scott
Araceli Rodriguez
NOBLE LAW OFFICE
1405 West 16th Street, Suite A
Yuma, Arizona 85364
araceli@noblelaw.com
Attorneys for Defendants
Jose H. Galvez d.b.a. Perico's General Construction and
Perico's Construction, L.L.C.

Craig C. Hoffman
Jillian L. Andrews
BALLARD SPAHR LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
hoffmanc@ballardspahr.com
andrewsj@ballardspahr.com
Attorneys for Defendant
Henry Brown Buick GMC, LLC


  /s/ S. Dyer